# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : No. 741 MAL 2014 |
|---|---|
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| JOSE JUOQUIN RUIZ, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.